■ ROBERT T. ZIOBRO et al., as Parents and Natural Guardians of BARRY ZIOBRO, an Infant, Appellants, v CHILDREN's HOSPITAL OF BUFFALO et al., Respondents, et al., Defendant. [665 NYS2d 360] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in denying plaintiffs' motion to restore the case to the trial calendar. Plaintiffs failed to provide a reasonable excuse for the delay and failed to establish merit to the action (*see, Ronsco Constr. Co. v 30 E. 85th St. Co.,* 219 AD2d 281, 283-284; *Barton v Jablon,* 181 AD2d 755; *Balducci v Jason,* 133 AD2d 436, 437). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Dismiss Complaint.) Present—Denman, P. J., Hayes, Callahan, Doerr and Fallon, JJ.